IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDREA JENKINS-BROWN, individually
and on behalf of all others similarly                    No. 03:14-cv-01610-ST
situated,

            Plaintiff,

   v.

LIBERTY ACQUISITIONS SERVICING,            ORDER
LLC, and THOMAS L. POTTER, IV, an
individual,

            Defendants.

HERNANDEZ, District Judge:

Magistrate Judge Stewart issued a Findings and Recommendation (#23) on March 5,

2015, in which she recommends that this Court deny Defendants' motion to compel arbitration.

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil

Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were

timely filed, I am relieved of my obligation to review the record *de novo*.  United States v.

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 - ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

Judge's report to which objections have been made).  Having reviewed the legal principles *de*

*novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings & Recommendation [23].

Accordingly, Defendants' motion to compel arbitration [13] is denied.

IT IS SO ORDERED.

DATED this _____ day of _____, 2015.


_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER