IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDREA JENKINS-BROWN,

        Plaintiff,                        No. 03:14-CV-01610-ST

      v.

LIBERTY ACQUISITIONS                    ORDER
SERVICING, LLC,

        Defendant.

HERNANDEZ, District Judge:

     Magistrate Judge Stewart issued a Findings & Recommendation (#55) on July 29, 2015, in which she recommends the Court deny Defendant's summary judgment motion. Defendant has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

     When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th

1 - ORDER

Cir. 2009); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Defendant's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings & Recommendation [55], and therefore, Defendant's summary judgment motion [31] is denied.

IT IS SO ORDERED.

DATED this \_\_\_14\_\_\_ day of \_\_September\_\_, 2015.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER